1 PAUL L. REIN, ESQ. (State Bar No. 43053)
AARON M. CLEFTON (State Bar No. 318680)
2 REIN & CLEFTON, Attorneys at Law
200 Lakeside Drive, Suite A
3 Oakland, CA  94612
Telephone:  (510) 832-5001
4 Facsimile:  (510) 832-4787
info@reincleftonlaw.com
5
Attorneys for Plaintiffs
6 DEBORAH LANE and JOHN DAUGHERTY

7 SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
8    Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791
9 BRADLEY J. LEIMKUHLER, Cal. Bar No. 261024
650 Town Center Drive, 10th Floor
10 Costa Mesa, California 92626-1993
Telephone:     714.513.5100
11 Facsimile:     714.513.5130
E mail        ghurley@sheppardmullin.com
12            bleimkuhler@sheppardmullin.com

13
Attorneys for Defendants LANDMARK
14 THEATRE CORPORATION and SILVER
CINEMAS ACQUISITION CO.
15

16                   UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
17

| 18 DEBORAH LANE and JOHN DAUGHERTY, | Case No. 5:16-cv-06790 BLF |
|---|---|
| 19                                   Plaintiffs, | Civil Rights |
| 20             v. | **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** |
| 21 LANDMARK THEATRE CORPORATION; | |
| 22 SILVER CINEMAS ACQUISITION CO.; DOES 1-20, inclusive, | Action Filed: November 23, 2016 |
| 23                   Defendant. | |

24

25                          **STIPULATION**

26       Plaintiffs DEBORAH LANE and JOHN DAUGHERTY ("Plaintiffs") and Defendants

27 LANDMARK THEATRE CORPORATION and SILVER CINEMAS ACQUISITION CO.

28 ("Defendants") – Plaintiffs and Defendants together the "Parties" – hereby stipulate and request

1   that, pursuant to Federal Rule of Civil Procedure 41(a)(2), the above-captioned action be

2   dismissed with prejudice in its entirety, each party to bear their own costs and fees, including all

3   attorney fees

4

5       **IT IS SO STIPULATED.**

6

7   Dated:  July 21, 2020                    REIN & CLEFTON

8

9                                            _____*/s/ Aaron M. Clefton*_
                                             By:  AARON M. CLEFTON, ESQ.

10                                           Attorneys for Plaintiffs
                                             DEBORAH LANE and JOHN DAUGHERTY

11

12  Dated:  July 21, 2020                    SHEPPARD, MULLIN, RICHTER &
                                             HAMPTON, LLP

13

14                                           _____*/s/ Bradley J. Leimkuhler*_
                                             By:  BRADLEY J. LEIMKUHLER, ESQ.

15                                           Attorneys for Defendant
                                             THEATRE CORPORATION and SILVER

16                                           CINEMAS ACQUISITION CO.

17

18                              **FILER'S ATTESTATION**

19
        Pursuant to Local Rule 5-1, I hereby attest that on July 21, 2020, I, Aaron Clefton,

20
    attorney with Rein & Clefton, received the concurrence of Bradley J. Leimkuhler, counsel for

21
    Defendants, in the filing of this document.

22

23                                           */s/ Aaron M. CLefton*
                                             Aaron M. Clefton

24

25

26

27

28

                                        - 2 -

1

**ORDER**

2        Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

3

**IT IS SO ORDERED.**

4

5

6   Dated:  July 22   , 2020                    _____
                                                Honorable Beth Labson Freeman
7                                               United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -